UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JESSICA BARAJAS,<br><br>　　　　Defendant. | No. CR 20-45-SVW<br><br>ORDER DISMISSING UNDERLYING INDICTMENT AS TO DEFENDANT BARAJAS |

The Court has read and considered the Government's Motion to Dismiss Underlying Indictment filed on November 23, 2020. In the interest of justice, the Court hereby ORDERS that the underlying indictment as to defendant Jessica Barajas be dismissed without prejudice.

IT IS SO ORDERED.

　December 1, 2020
　DATE　　　　　　　　　　　　　　　THE HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

         /s/
 GREGG E. MARMARO
 Assistant United States Attorney